# EXHIBIT B

**Webpage screenshot of the "Geotab GO Vehicle Tracking Device"**

Page 1
Vehicle Tracking Device | Geotab GO9 Fleet GPS Tracking Device | Geotab
https://www.geotab.com/vehicle-tracking-device/2023
11/13/2023



## Our most powerful fleet vehicle tracking device

Geotab's most powerful vehicle tracking device ever: the GO9 and GO9+. We redesigned our GO platform from the ground up, equipping it with a 32-bit processor, more RAM and a gyroscope. The GO9 also features an expanded capacity to support improved fuel usage, electric vehicles and global fleet expansion.

## A fleet vehicle tracking system that's second to none



### Precise GPS tracking

Collect precise data on vehicle location, speed, trip distance and time, engine idling and more with the GO9. Even if you park a vehicle indoors and underground, advanced GPS vehicle tracking and telematics starts recording as soon as you begin driving. The GO9 introduces the new Global Navigation Satellite System module (GNSS) for faster latch times and increasingly accurate location data.



### Vehicle health assessments

Extract valuable vehicle health information within our fleet vehicle tracking system. Capture and record the vehicle identification number (VIN), odometer reading, engine faults and more. This data helps you prioritize vehicle maintenance and audit vehicle use to identify both safe and risky driving behaviors.



### Collision detection and notification

GO9 offers harsh-event data (such as aggressive acceleration, braking or cornering) and collision reconstruction through its accelerometer and our patented algorithms. If GO9 detects a suspected collision, it will automatically upload detailed data that enables forensic reconstruction of the event. This includes in-vehicle reverse collisions. Email and desktop alerts signal the first notice of loss.



### Secured data

Geotab uses authentication, encryption and message integrity verification for GO9 vehicle tracking devices and network interfaces. Each GO9 device uses a unique ID and non-static security key, making it difficult to fake a device's identity. Over-the-air (OTA) updates use digitally signed firmware to verify that updates come from a trusted source.



### In-vehicle driver coaching

Improve driving behaviors, such as following speed limits and reducing idling time, by playing an audible alert. GO9 also enables you to coach the driver with spoken words (available as an Add-On). Immediate driver feedback can enhance fleet safety, reinforce company policy and encourage your drivers to take immediate corrective action.



### Advanced data capture

Vehicles send data from a multitude of sources, including the engine, drivetrain, instrument cluster and other subsystems. Utilizing multiple internal networks, the GO9 captures and organizes much of this data.

## Advanced GO9 model options

Along with our standard GO9 device, we offer two additional GO9 models: the GO9 RUGGED and GO9+.



### GO9 RUGGED: Rugged and reliable GPS tracking device

Harsh conditions or external installation are no match for GO9 RUGGED. Geotab's ruggedized telematics device is designed for fleets with heavy equipment, yellow iron, farm machinery, powered trailers and more. It has the same advanced GPS technology as the standard GO9 with the added benefit of being IP68 and IP69K rated (international standard for protection against the intrusion of solids, dust, contact and water).  See product features

View brochure

### GO9+: Advanced vehicle tracking featuring on-board Wi-Fi hotspot

Get all the advanced vehicle tracking features of GO9 and a Wi-Fi hotspot with GO9+. Stay connected to high-speed internet that doesn't drain your data. The compact GO9+ provides everything you need for your office on wheels to improve efficiency, decrease costs and stay productive and safe. The GO9+ is ideal for ridesharing, small businesses, heavy-truck fleets and corporate vehicles. See product features .

View brochure





### Simple vehicle tracking device installation

Geotab GO9 is a compact vehicle tracking device that plugs directly into your vehicle's onboard diagnostics (OBD) II port. No additional antennas or wire-splicing is necessary. The GO9 installation process is quick, easy and doesn't require special tools.

View installation sheet    Learn more about OBD II



## Already have a vehicle tracking device or platform?

Geotab's Platform Partner Program enables you to leverage all that Geotab has to offer with your current system.

Learn about our Platform Partner Program



## Industry-leading secure communication

We work with industry associations, universities, and authorities to advance cybersecurity in the telematics industry. We incorporate the best of what they learn and validate their implementation through rigorous third-party penetration testing. We then share these proven best practices throughout our industry. Device security features are implemented using a FIPS 140-2 validated cryptographic module. Certificate #3371

- End-to-end security using authentication
- Encryption
- Message integrity verification
- Individualized devices with unique ID
- Non-static security keys
- Digitally-signed firmware
- Independent third-party expert validation

## Geotab GO Resources

Vehicle tracking helps you control fleet efficiency, costs, safety and compliance via a vehicle tracking device. Expand your knowledge of fleet vehicle tracking devices and systems, as well as how real-time tracking works.



Case study

**California Freight: Using telematics to cut idling costs by 59%**

October 27, 2023



Case study

**Centerline Communications: Managing unprecedented fleet...**

October 27, 2023



Blog

**How data can help mitigate a nuclear verdict**

June 6, 2023



Press rele...

**Geotab t... Cummin... Softwar... Enablin...**

February 7,

 

View all



## Keep your business moving forward

Our device failure rate is less than 1% — far below the industry average — so you can keep getting the insights that help create efficiency. Get rich, accurate data on location, vehicle health, driving behavior and much more in near real-time.

## IOX expansion: powerful Add-Ons to future-proof your fleet

The Geotab online fleet management platform can be extended even further, at any time, to provide added flexibility and integration with third-party providers. Choose any Add-Ons that suit your needs, such as satellite tracking, driver ID, hours of service (HOS), temperature tracking, camera systems, and more.



## Geotab Hardware solutions from Geotab Marketplace





**Geotab GO**
Geotab Inc.
Expandable GPS vehicle tracking device with expanded...

**IOX-GOTALK**
Geotab Inc.
Live In-Vehicle Verbal Feedback

**IOX-NFCREADERA**
Geotab Inc.
Driver ID with NFC Technology

**IOX-BT**
Geotab Inc.
Monitor Assets with Third-Party Bluetooth® Proximity Beacons

## Commonly asked questions

What is the Geotab GO Device?                                                                 +

What are the benefits of choosing Geotab's vehicle tracking systems?                          +

**Does the Geotab GO Device allow for real-time tracking and monitoring of vehicles?** +

**How can the Geotab GO Device save my business money?** +

**Is the Geotab GO device a telematics device?** +

**What does the Geotab fleet vehicle tracking device look like?** +

**What kind of vehicles are Geotab's GO device able to track?** +

**How do you install the Geotab GO Device in your vehicle?** +

**What are the benefits of GPS tracking?** +

**What are the main features of the Geotab GO device?** +

## Ready to optimize your fleet?

Let us show you how simple it is to use our web-based software and fleet tracking devices to manage your fleet.

Schedule a demo | Visit the blog

GEOTAB.

**Products**
- Geotab GO device – Vehicle tracking device
- MyGeotab – Fleet management software
- Marketplace
- Data and Analytics
- Partners

**Government and Smart City**
- Government fleets
- Smart City solutions

**Fleet management solutions**
- Driver tracking
- Fleet reporting
- Routing and dispatching
- Asset tracking
- Fleet fuel management
- Fleet maintenance
- Fleet benchmarking
- Driver safety reporting
- Driver coaching
- ELD Solutions
- Driver Vehicle Inspection Report (DVIR)
- IFTA Reporting
- Software integration
- Hardware integration
- EV Suitability Assessment
- Electric vehicle fleets
- Commercial fleet insurance

**Resources**
- Blog
- White papers
- Success stories
- Training

**Support**
- FAQ
- Product guide
- Support documentation
- Installation documentation
- Community

**Our company**
- About
- Press room
- Careers
- Leadership
- Social responsibility
- Security
- Accessibility
- MyAdmin
- Contact us
- Code of conduct

Change language: WorldWide (English)

Privacy Policy | Cookies | Sitemap | MySubscriptions | MyAdmin | End User Agreement | Modern Slavery Statement | Terms of Use

Copyright 2023. Geotab Inc. and/or its affiliates. All Rights Reserved

