# EXHIBIT G

**ECF No. 25 filed in *WirelessWerx IP LLC v. Raytheon Techs. Corp.*, No. 22-01059 (W.D. Texas) on June 5, 2023**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| WIRELESSWERX IP, LLC, ) | |
|     Plaintiff, ) | |
| ) | Civil Action No. 6:22-cv-01059-KC |
| v. ) | |
| ) | |
| RAYTHEON TECHNOLOGIES ) | JURY TRIAL DEMANDED |
| CORPORATION, ) | |
|     Defendant. ) | |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule 41 (a)(1)(A)(ii), the Plaintiff, WirelessWerx IP, LLC hereby files this notice of dismissal of this action for all of Plaintiff's claims as Defendant has not answered or filed a motion for summary judgment. The dismissal of Plaintiff's claims shall be WITH PREJUDICE as to the asserted patent and each party shall bear its own costs, expenses and attorneys' fees.

Dated: June 5, 2023

    Respectfully submitted,

    */s/ William P. Ramey, III*

    William P. Ramey, III
    Texas Bar No. 24027643
    **Ramey LLP**
    5020 Montrose Blvd., Suite 800
    Houston, Texas 77006
    (713) 426-3923
    wramey@rameyfirm.com

    *Attorneys for WirelessWerx IP, LLC*

1

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that June 5, 2023, the foregoing document was served on all counsel of record who have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

> */s/ William P. Ramey, III*
> William P. Ramey, III