# EXHIBIT K

**Webpage screenshot of the "Geotab Partner Downloads"**

The Wayback Machine - https://web.archive.org/web/20041208221215/http://www.geotab.com:80/Downloads/in…

**Your Fleet GPS Tracking Solution:  Tracking  Recording  Reporting**



**H O M E          P R O D U C T S          P A R T N E R S          C O M P A N Y          D O W N L O A D S          S U P P O R T**

## GEOTAB Partner Downloads

GEOTAB Partners  |  GEOTAB Partner Downloads

| IMPORTANT LINKS | GEOTAB DOWNLOADS | | |
|---|---|---|---|
| ▸ Software ▸ Hardware ▸ Downloader | **Product Support Downloads:** | | **Size** |
| | GEOTAB Flash Presentation | | 4 MB |
| | **GEOTAB Checkmate User Manual** | **NEW** | 3.2 MB |
| | GEOTAB GO Installation Manual | Updated | 251 KB |
| | GEOTAB GO Specifications | | 64 KB |
| | GEOTAB Driver Instructions Sheet | | 292 KB |
|  | | | |
| | **Free CHECKMATE 4.6 Downloads:** | | |
| | **CHECKMATE Lite 4.6** | **NEW** | 46 MB |
| | CHECKMATE GEOPORT Key Reader (Standalone only) | **NEW** | 9 MB |
| | CHECKMATE GEOPORT RF Server (with .Net Framework) | **NEW** | 23 MB |
| | CHECKMATE Enhanced Fuel Tax Assistance Report (for 4.6) | **NEW** | 28 MB |
| | CHECKMATE ESRI Map Integration Support Files | **NEW** | 282 KB |
| **Supporting Downloads:** | Microsoft .NET Framework Redistributable | **Support** | 23 MB |
| Get WinZip | | | |
| Get Adobe Reader | **Marketing Downloads:** | | |
|  | Click on any of the following links for information sheets to help you see the many ways and many different markets that GEOTAB helps assist customers become more knowledgeable and profitable in their fleet operations. | | |
| **HOW TO SAVE FUEL EXPENSE WITH RISING FUEL COSTS** | GEOTAB Patent Pending High Resolution Trip Recording | | |
| | Automatic wireless download at NO monthly cost | | |
| DOWNLOAD THE GEOTAB FUEL COST SAVING CALCULATOR | Reports by Driver ID or Vehicle ID or Both! | | |
| | GEOTAB installs quickly, doesn't affect the battery | | |
| | GEOTAB saves fuel cost | | |
| CLICK ON THE LINK BELOW: | | | |

| | |
|---|---|
| [US FLEETS - MILES/GALLONS](#) | GEOTAB Government Fleets win the anti-idling Fleet Challenge |
| [CANADIAN FLEETS - KILOMETRES/LITRES](#) | GEOTAB first to offer centralized network solution at NO monthly cost! |
| | Insurance Benefits in using GEOTAB |
| | Network or single site support |
| | Maintenance, Lease or Licensing Management |
| | Solutions for Risk Management and Loss Prevention |
| | Fuel Tax Management Solutions (IFTA, IRP Summary) |
| | Fleet Solution: Service Fleets |
| | Fleet Solution: Delivery Fleets |
| | Fleet Solution: Government Fleets |
| | Fleet Solution: Rental and Leasing Companies |
| | Fleet Solution: HAZMAT |
| | Fleet Solution: Highway Truck and Trailer |
| | Fleet Solution: School Bus Operators |
| | Fleet Solution: EMS |
| | Fleet Solution: Public Utilities |

Copyright 2004, GEOTAB / Fast Track Technologies, Inc. All Rights Reserved.
*With GEOTAB - it's not what you spend, it's what you save™.*

home | products | partners | company info | downloads | support | sitemap