# EXHIBIT L

**Presentation by Geotab titled "Effective and Affordable Fleet Management Geotab GPS Technology and Reporting"**



Effective and Affordable Fleet Management
GEOTAB GPS TECHNOLOGY AND REPORTING

# GEOTAB



GEOTAB HARDWARE



GPS DATA



ZONE MGMT



GEOTAB REPORTS

Navigate this presentation by clicking on any of the 4 images to fast forward to that section. Click on the GEOTAB logo on the top of any page to return to this home page.

Contact Information



Effective and Affordable Fleet Management
GEOTAB GPS TECHNOLOGY AND REPORTING

# New GEOTAB software is now available
## CHECKmate 4.6



- Supports GEOTAB Radio Frequency automatic download technology in **GEOTAB GO RF** vehicle systems

- **Vehicle Download Status** alert if vehicle trip data has not been downloaded per schedule

- Fast processing speed in MS SQL of complex summary reports over a Wide Area Network



The GEOTAB GPS black box will log 16,000 records in memory on-board the vehicle. The equivalent of 5,000 miles of city driving or 8,000 miles of highway driving.





Effective and Affordable Fleet Management
GEOTAB GPS TECHNOLOGY AND REPORTING

Passed SAE J1455 test standard for shock, vibration, heat and humidity. The unit is sealed with a rubber gasket and tamper evident plugs. GPS antenna tampering is detected and reported.





Effective and Affordable Fleet Management
GEOTAB GPS TECHNOLOGY AND REPORTING

Wireless downloading of data via internal 900 MHz transceiver that is design engineered to work in conjunction with the firmware processor.





**Effective and Affordable Fleet Management**
GEOTAB GPS TECHNOLOGY AND REPORTING

GEOTAB powered internal GPS antenna detects GPS signals through fiberglass, vinyl and glass. Installed on Step Vans with positive GPS acquisition. The internal GPS antenna is longer life performance. External GPS antennas are also available if specified.





**Effective and Affordable Fleet Management**
GEOTAB GPS TECHNOLOGY AND REPORTING

Automatic Geocoding of customer locations using switched ignition or auxiliary trigger.





Effective and Affordable Fleet Management
GEOTAB GPS TECHNOLOGY AND REPORTING

Using a patent pending GPS processing system, GEOTAB calculates exceptions for over-speeding and harsh braking in order to modify driving behavior that could lead to accident claims.





Effective and Affordable Fleet Management
GEOTAB GPS TECHNOLOGY AND REPORTING

Up to 4 auxiliary analog inputs (open/close or true/false) that record auxiliary activity (bulkhead door, rear door, side door, handheld uncradled, force geo-code)





**Effective and Affordable Fleet Management**
GEOTAB GPS TECHNOLOGY AND REPORTING

# Provides NMEA GPS data to a navigation device via RS232 port





**Effective and Affordable Fleet Management**
GEOTAB GPS TECHNOLOGY AND REPORTING

Wired to the ignition switch to provide enhanced idle time reporting. Also allows for a sleep mode where battery power is not affected if the vehicle is parked for up to 60 days.





Effective and Affordable Fleet Management
GEOTAB GPS TECHNOLOGY AND REPORTING

Custom firmware can be written and uploaded to the GEOTAB unit using the wireless connection.





**Effective and Affordable Fleet Management**
GEOTAB GPS TECHNOLOGY AND REPORTING

97db in-vehicle buzzer alerts driver of over-speeding or use of vehicle outside of authorized zone.





Driver ID memory sticks are optional and useful in applications requiring DOT records. Driver ID sticks allow optional vehicle immobilization wiring harness to be used.



Automatically download trip data using optional 900 MHz internal radio frequency antenna.





Effective and Affordable Fleet Management
GEOTAB GPS TECHNOLOGY AND REPORTING

## OPTION 1

## **NEW** WIRELESS DATA TRANSFER WITH GEOTAB **GO RF**

When the vehicle ignition is switched
off, the data transmission process starts.



1.  The vehicle ID is checked in the database to ensure the
    vehicle is permitted to download at the site

2.  If authorized to download, a 2-way transceiving download
    proceeds where the data is sent and verified between vehicle
    and the receiving base station

3.  Download range using GEOTAB
    900MHz transceiver is up to 1000 ft.

    A final signal from the base station
    confirms that all data was received



There is no airtime cost to download using GEOTAB Wireless Data and there is no
fleet size restriction in the database.



Effective and Affordable Fleet Management
GEOTAB GPS TECHNOLOGY AND REPORTING



**OPTION 2**
Driver ID Keys and Memory Keys



The GEOTAB key is inserted into the touch key housing in the vehicle.

The driver is now taking responsibility for the trip.

If permitted to download their trip information, the key memory stick will be used to transfer the data from the GEOTAB GPS recording unit to the key.



Fleet Management
GY AND REPORTING



The GEOTAB key is inserted into the
downloader that is attached to a PC or
computer on your network.

The download process takes only a few
seconds to complete.



Effective and Affordable Fleet Management
GEOTAB GPS TECHNOLOGY AND REPORTING

## GEOTAB GPS DATA

GEOTAB has developed a patent pending process that analyzes driving behavior every second.



When an exception occurs, a log point is recorded on board the vehicle.

Settings are customizable per vehicle. Settings can be changed using wireless link.

The result is the most accurate rendering of driving, exceptions and stops/starts with the minimum possible impact on database size.

Hot Start features fast GPS lock time for morning starts.



Effective and Affordable Fleet Management
GEOTAB GPS TECHNOLOGY AND REPORTING

## GEOTAB GPS DATA



A trip in a residential area is shown.

Green arrows depict direction and path of travel with lines connecting each log record.

Star shapes depict stops within customer zones.

Squares are stops at unknown locations.

Colored circles flag that an exception rule has been broken.



Effective and Affordable Fleet Management
GEOTAB GPS TECHNOLOGY AND REPORTING

## GEOTAB GPS DATA



By moving a mouse over any log point, the details are displayed.



Effective and Affordable Fleet Management
GEOTAB GPS TECHNOLOGY AND REPORTING

## GEOTAB GPS DATA

An example of a delivery vehicle's daily trip – the algorithm was set to capture all stops and follow the roads for accurate trip reconstruction.





Effective and Affordable Fleet Management
GEOTAB GPS TECHNOLOGY AND REPORTING

---

# GEOTAB GPS DATA

GEOTAB records data in memory and transfers it using wireless or a proprietary Driver ID and memory stick.

Data is sent as an encrypted text file.

GEOTAB GPS log record file (v 1.4)HardwareID:52072948, generated on 2004-03-10 13:16:03
"^",ÉÈÈÊÇÂÈÊÈÎÏÀÈÊÃÈÁÆÃÎ×ÈÊÊÆÍÊÇÍÊÁÚÊÈÀÈÊÀÈÆ×ÎÊÎÚÊÎÊÎÏÃÀÎÃÂÀÊÀÃÊÀÊÉÀÊÉÆÁÎÚÆÇÌÇÃÂÁÊÀÊÀÆÀÊÉÇÊÆÎÊÎÊÎÊÎÊÎÊÎÊÉÊÃÎÊÉÎÊÉ
"^",ÉÈÈÊÇÂÈÊÈÎÏÀÈÊÃÈÁÆÃÎ×ÈÊÊÆÍÊÇÍÊÁÚÊÈÀÈÊÀÈÀÇÀ×ÎÊÎÚÊÎÊÎÏÃÀÎÃÂÀÊÀÃÊÀÊÉÀÊÉÆÁÎÚÆÇÌÇÃÂÁÊÀÊÀÆÀÊÉÇÊÆÎÊÎÊÎÊÎÊÎÊÎÊÉÊÃÎÊÉÎÊÉ
"^",ÉÈÈÊÇÂÈÊÈÎÏÀÈÊÃÈÁÆÃÎ×ÈÊÊÆÍÊÇÍÊÁÚÊÈÀÊÇÊÀÀÆ×ÎÊÎÚÊÎÊÎÏÃÀÎÃÂÀÊÀÃÊÀÊÉÀÊÉÆÁÎÚÆÇÌÇÃÂÁÊÀÊÀÆÀÊÉÇÊÆÎÊÎÊÎÊÎÊÎÊÎÊÉÊÃÎÊÉÎÊÉ
"^",ÉÈÈÊÇÂÈÊÈÎÏÀÈÊÃÈÁÆÃÎ×ÈÊÊÆÍÊÇÍÊÁÚÊÈÀÊÇÊÁÀÊ×ÎÊÎÚÊÎÊÎÏÃÀÎÃÂÀÊÀÃÊÀÊÉÀÊÉÆÁÎÚÆÇÌÇÃÂÁÊÀÊÀÆÀÊÉÇÊÆÎÊÎÊÎÊÎÊÎÊÎÊÉÊÃÎÊÉÎÊÉ
"^",ÉÈÈÊÇÂÈÊÈÎÏÀÈÊÃÈÁÆÃÎ×ÈÊÊÆÍÊÇÍÊÁÚÊÈÀÊÇÊÈÊÀ×ÎÊÎÚÊÎÊÏÃÀÎÃÃÂÀÊÀÃÂÆÀÀÇÂÊÈÆÆÇÊÀÎÚÆÇÌÇÃÂÁÊÇÃÀÃÈÀÇÊÈÎÊÎÊÎÊÎÊÎÊÎÊÃÎÊÉÎÊÉ
"^",ÉÈÈÊÇÂÈÊÈÎÏÀÈÊÃÈÁÆÃÎ×ÈÊÊÆÍÊÇÍÊÁÚÊÈÀÊÇÆÀÈÃ×ÎÊÉÎÚÊÎÊÎÏÀÎÊÎÊÏÃÀÎÃÂÀÈÉÇÂÁÇÊÆÂÂÎÚÆÇÌÇÃÂÁÊÈÀÈÊÀÊÈÀÊÈÀÊÎÊÎÊÎÊÎÊÎÊÎÊÎÊÆÎÊÉÎÊÉ
"^",ÉÈÈÊÇÂÈÊÈÎÏÀÈÊÃÈÁÆÃÎ×ÈÊÊÆÍÊÇÍÊÁÚÊÈÀÊÇÀÊÈÊÂ×ÎÊÉÎÚÊÎÊÏÃÀÎÊÉÃÀÎÃÀÊÈÀÊÈÂÆÁÊÆÂÆÊÀÀÆÎÚÆÇÌÇÃÂÁÊÈÀÈÊÀÈÊÀÊÈÀÊÎÊÎÊÎÊÎÊÎÊÎÊÎÊÆÎÊÉÎÊÉ



Effective and Affordable Fleet Management
GEOTAB GPS TECHNOLOGY AND REPORTING

# GEOTAB GPS DATA



GEOTAB Precisely captures Latitude/Longitude coordinates for Geocoding customers. No driver intervention is required if ignition is always turned off at each customer site (captured by ignition status). If ignition is not always turned off, an auxiliary switch that will identify customer stops should be included during hardware installation. This could be a door sensor (bulkhead or rear door).

The software screen to generate the Geocode stops is simple to use.



Effective and Affordable Fleet Management
GEOTAB GPS TECHNOLOGY AND REPORTING

## GEOTAB GPS DATA

The customer Geocode (Trips Log Report) provides a sequential summary of daily stops with Latitude and Longitude along with the arrival date and stop time. If used with MapPoint, the report provides an address lookup feature to assist in identifying the customer.

This report can be used to auto-create customer zones within GEOTAB software for Customer Visits Reports.

| Stop / Zone | Latitide | Longitude | Arrive Date | Stopped For | Trip Distance (miles) | Trip Time | Address |
|---|---|---|---|---|---|---|---|
| Stop 1 [rename] | 34.030521393 | -84.346977234 | 2004-05-11 8:17:04 AM | 0:00:02:49 | 2.4 | 0:00:05:48 | 106 Mansell Cir, Roswell, GA 30075 |
| Stop 2 [rename] | 34.033691406 | -84.34664917 | 2004-05-11 8:20:36 AM | 0:00:01:56 | 0.1 | 0:00:00:43 | 488 Horton Dr, Roswell, GA 30075 |
| Stop 3 [rename] | 34.035121918 | -84.345367432 | 2004-05-11 8:24:06 AM | 0:00:01:16 | 0.2 | 0:00:01:34 | 10479 Alpharetta St, Roswell, GA 30075 |
| Stop 4 [rename] | 34.034976959 | -84.346427917 | 2004-05-11 8:26:21 AM | 0:00:00:06 | 0.1 | 0:00:00:59 | 10479 Alpharetta St, Roswell, GA 30075 |
| Stop 5 [rename] | 34.034538269 | -84.348442078 | 2004-05-11 8:32:02 AM | 0:00:01:05 | 0.2 | 0:00:01:18 | 397 Alpine Dr, Roswell, GA 30075 |
| Stop 6 [rename] | 34.034133911 | -84.349510193 | 2004-05-11 8:34:13 AM | 0:00:06:15 | 0.1 | 0:00:01:06 | 10300 SR-9, Roswell, GA 30075 |
| Stop 7 [rename] | 34.032737732 | -84.351081848 | 2004-05-11 8:41:47 AM | 0:00:00:04 | 0.1 | 0:00:01:19 | 1306 SR-9, Roswell, GA 30075 |
| Stop 8 [rename] | 34.032463074 | -84.352333069 | 2004-05-11 8:45:14 AM | 0:00:07:44 | 0.2 | 0:00:03:23 | 1230 Strickland Rd, Roswell, GA 30075 |
| Stop 9 [rename] | 34.033874512 | -84.355010986 | 2004-05-11 8:54:12 AM | 0:00:00:04 | 0.2 | 0:00:01:14 | 1398 Valley Ct, Roswell, GA 30075 |
| Stop 10 [rename] | 34.030834198 | -84.354568481 | 2004-05-11 9:06:37 AM | 0:00:06:25 | 0.4 | 0:00:02:50 | 1180 SR-9, Roswell, GA 30075 |
| Stop 11 [rename] | 34.030082703 | -84.355522156 | 2004-05-11 9:14:19 AM | 0:00:02:40 | 0.1 | 0:00:01:17 | 1158 SR-9, Roswell, GA 30075 |
| Stop 12 [rename] | 34.028835297 | -84.35761261 | 2004-05-11 9:18:20 AM | 0:00:11:07 | 0.2 | 0:00:01:21 | 1098 Frazier St, Roswell, GA 30075 |



Effective and Affordable Fleet Management
GEOTAB GPS TECHNOLOGY AND REPORTING

# GEOTAB ZONE MANAGEMENT

GEOTAB allows users to customize 3 types of zones. An Area Zone is shown in red.

Area zones are for processing driving rules (no speeding in side an area, no driving outside an area).



Customer zones are for tracking time inside customer zones and for customer visits reporting.

Office zones are for tracking asset time back at a depot for asset optimization study of time at depot vs. driving vs. customer time.



Effective and Affordable Fleet Management
GEOTAB GPS TECHNOLOGY AND REPORTING

# GEOTAB ZONE MANAGEMENT

Customer Visits can be broken down by driver (ID key system required) or vehicle, date, customer and separated for regular and after hours visits.





**CUSTOMER VISITS REPORT**
REPORT PERIOD: 2/2/2004 TO 2/29/2004 11:59:59 PM
REPORT DATE: 5/20/2004
REPORT VIEW: By Customer

| Vehicle | Driver | Arrival Time | Stopped Time (d:h:m:s) | Departure Time |
|---------|--------|--------------|------------------------|----------------|
| **Culligan 43** | | | | |
| 61656 | Chris Henwood | 2004-02-03 4:27:07 PM | 0:15:44:26 | 2004-02-04 8:11:33 AM |
| 61656 | Chris Henwood | 2004-02-04 4:33:41 PM | 0:14:54:00 | 2004-02-05 7:27:41 AM |
| 61656 | Chris Henwood | 2004-02-05 4:56:31 PM | 4:14:59:39 | 2004-02-10 7:56:10 AM |
| 61656 | Chris Henwood | 2004-02-10 4:40:16 PM | 0:15:25:06 | 2004-02-11 8:05:22 AM |
| 61656 | Chris Henwood | 2004-02-11 4:54:02 PM | 0:15:29:34 | 2004-02-12 8:23:36 AM |
| **Total for Chris Henwood Home** | | | **7:04:32:45** | |

*GEOTAB generates reports in MS Excel.*

*Summary of vehicles servicing a specific customer are shown. After hours visits are highlighted in yellow.*



Effective and Affordable Fleet Management
GEOTAB GPS TECHNOLOGY AND REPORTING

## GEOTAB REPORTS

GEOTAB reports are simple to generate within our software application.



Each user screen follows a similar one page structure as the Trips List screen shown.

Select Drivers or Vehicles and the date range.

Next, choose some report-specific criteria.

Print or View. The default View is a MS Excel report. If desired, or if Excel is not installed, the report can be generated in html.



Effective and Affordable Fleet Management
GEOTAB GPS TECHNOLOGY AND REPORTING

# GEOTAB REPORTS

Trips View – recreates the trip





**Effective and Affordable Fleet Management**
**GEOTAB GPS TECHNOLOGY AND REPORTING**

# GEOTAB REPORTS

Trips List – breakdown of the trip including address or customer name of stop, stopped time, GPS Odometer (calculated within 2% of the odometer) and idling. Excessive speeding and idling are highlighted in red.

**TRIPS LIST**
**REPORT PERIOD: 3/8/2004 TO 3/10/2004 11:59:59 PM**
**REPORT VIEW: Idle Alert for 10 minutes and over; Speed Alert for 70 mph and over**

| Vehicle | Driver | Departure Time | Driving Time (d:h:m:s) | Arrival Time | Location | Trip miles | Stopped Time (d:h:m:s) | Ave. Speed mph | Max. Speed mph | Odometer miles | Idling (d:h:m:s) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **494 RF** | | | | | | | | | | | |
| **Monday** | | | | | | | | | | | |
| 494 RF | 494 Driver | 2004-03-08 2:51:39 AM | 0:00:06:51 | 2004-03-08 2:58:30 AM | Namasco Plant2: | 1.1 | 0:00:47:10 | 16 | 37 | 23993 | 0:00:00:00 |
| 494 RF | 494 Driver | 2004-03-08 3:45:40 AM | 0:00:06:31 | 2004-03-08 3:52:11 AM | Namasco Plant1: | 1.3 | 0:00:36:15 | 17 | 37 | 23994 | 0:00:08:04 |
| 494 RF | 494 Driver | 2004-03-08 4:28:26 AM | 0:00:04:16 | 2004-03-08 4:32:42 AM | 4006 Mainway, Burlington ON | 0.8 | 0:00:02:01 | 4 | 13 | 23995 | 0:00:02:01 |
| 494 RF | 494 Driver | 2004-03-08 4:34:43 AM | 0:00:48:16 | 2004-03-08 5:22:59 AM | Downsview Stamping: | 40.4 | 0:01:14:26 | 43 | **71** | 24035 | **0:00:46:47** |
| 494 RF | 494 Driver | 2004-03-08 6:37:25 AM | 0:00:48:43 | 2004-03-08 7:26:08 AM | Namasco Plant1: | 43.9 | 0:00:13:17 | 45 | 69 | 24080 | 0:00:00:00 |
| 494 RF | 494 Driver | 2004-03-08 7:39:25 AM | 0:00:00:41 | 2004-03-08 7:40:06 AM | Namasco Plant1: | 0.0 | 0:00:32:55 | 1 | 3 | 24080 | 0:00:00:00 |
| 494 RF | 494 Driver | 2004-03-08 8:13:01 AM | 0:00:08:26 | 2004-03-08 8:21:27 AM | Namasco Plant2:  1286 Appleby Lin | 1.1 | 0:00:16:37 | 11 | 31 | 24080 | 0:00:00:00 |
| 494 RF | 494 Driver | 2004-03-08 8:38:04 AM | 0:00:02:41 | 2004-03-08 8:40:45 AM | Namasco Plant2: | 0.1 | 0:01:52:39 | 3 | 6 | 24081 | 0:00:02:57 |
| 494 RF | 494 Driver | 2004-03-08 10:33:24 AM | 0:01:00:28 | 2004-03-08 11:33:52 AM | MTD:  163 Borden Ave S, Kitchene | 46.9 | 0:01:08:07 | 44 | 69 | 24127 | **0:00:28:21** |
| 494 RF | 494 Driver | 2004-03-08 12:41:59 PM | 0:00:14:08 | 2004-03-08 12:56:07 PM | Waterloo - Manitou:  Keuga Dr, Kitc | 4.1 | 0:00:21:45 | 22 | 43 | 24132 | 0:00:02:07 |

 Effective and Affordable Fleet Management
GEOTAB GPS TECHNOLOGY AND REPORTING

## GEOTAB REPORTS

Risk Management – summary report of driving exceptions.

This report is a good tool to compare efficiencies of number of stops vs. stop lengths in comparing personnel performance. Commission-based drivers see this as a tool to help them improve their commission potential by showing them how they perform compared to others.

Idling is tracked for Clean Cities (anti-idling) participation in applicable urban centers.

After hours use is also used as an efficiency benchmark to determine whether specific drivers are finding the assigned route to be difficult to achieve during standard assigned hours.

| Vehicle | Max mph > 70 | >= 80 | >= 90 | Ave. Speed (mph) | Stop Length (Mins) <10 | >10 | >20 | >30 | >40 | >50 | Idling Over 5 minutes | Idling Time (d:h:m:s) | After Hours Use (Trips) | Tamper Signs | Total miles | Total Stops |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 494 RF | 1 | 0 | 0 | 54 | 17 | 16 | 10 | 9 | 6 | 28 | 20 | 0:07:02:11 | 47 | 0 | 1,329 | 86 |
| 496 RF | 2 | 0 | 0 | 23 | 18 | 9 | 11 | 12 | 9 | 24 | 23 | 0:06:37:07 | 36 | 0 | 1,303 | 83 |
| **TOTAL** | **3** | **0** | **0** | **39** | **35** | **25** | **21** | **21** | **15** | **52** | **43** | **0:13:39:18** | **83** | **0** | **2,632** | **169** |



Effective and Affordable Fleet Management
GEOTAB GPS TECHNOLOGY AND REPORTING

# GEOTAB REPORTS

Activity Report – summary report of Driving Time vs. Idling Time vs. Customer Time

Another useful tool that is simple to generate by any person. The report also provides distance driven summaries, % time over speeding (70mph) and % vehicle used during the period.

The report is the first step in comparing asset use across a region for improved asset use (time and distance spent driving, customer visit time vs. drive time).

Report in MS Excel or chart format.

**ACTIVITY REPORT**
**REPORT PERIOD: 3/8/2004 TO 3/10/2004 11:59:59 PM**
**REPORT VIEW: DETAILED; SPEED LIMIT: 70 mph**

| VEHICLE | Driving Time (d:h:m:s) | Idling Time (d:h:m:s) | Customer Time (d:h:m:s) | Distance (miles) | Speeding Over 70 (%) | Idling Time / Vehicle Use (%) | Vehicle Use / Period (%) | Time at Customers / Period (%) | Non-Cust. Stop Time / Period (%) | Total Stop Time / Period (%) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| 494 RF | 0:18:18:08 | 0:05:22:37 | 1:11:53:32 | 687 | 1.90 | 22.71 | 32.89 | 49.85 | 50.15 | 67.11 |
| 496 RF | 0:09:16:59 | 0:03:35:31 | 1:16:28:47 | 356 | 0.00 | 27.90 | 17.88 | 56.22 | 43.78 | 82.12 |
| **AVERAGES** | **0:13:47:33** | **0:04:29:04** | **1:14:11:10** | **521** | **0.95** | **25.30** | **25.38** | **53.04** | **46.96** | **74.62** |



**Effective and Affordable Fleet Management**
GEOTAB GPS TECHNOLOGY AND REPORTING

## GEOTAB REPORTS

Exceptions Report

Sites can easily customize driving exceptions based on a flexible set of rules. Rules can be associated with Area Zones or time spent within a Customer Zone.

Change Management and adaptation to new GPS technology is made simpler with GEOTAB's user interface that is clear to follow.



**EXCEPTIONS REPORT**
**REPORT PERIOD: 3/1/2004 TO 3/31/2004 11:59:59 PM**
**REPORT VIEW: Detail**

| Vehicle | | # of Incidents | Period | |
|---------|---|----------------|--------|---|
| **450** | | | | |
| **Speeding** | | 170 | 0:06:32:14 | |
| Driver Name | From | To | Period | Ave. Speed |
| Scott Boyd | 2004-03-01 12:16:18 AM | 2004-03-01 12:18:45 AM | 0:00:02:27 | 69 |
| Scott Boyd | 2004-03-01 12:20:08 AM | 2004-03-01 12:24:03 AM | 0:00:03:55 | 69 |
| Scott Boyd | 2004-03-01 12:25:33 AM | 2004-03-01 12:37:08 AM | 0:00:11:35 | 70 |





Effective and Affordable Fleet Management
GEOTAB GPS TECHNOLOGY AND REPORTING

## GEOTAB REPORTS

Auxiliary Report - Easily monitor and report unauthorized use of any wired auxiliary devices such as doors switches or motors.



The settings on this screen would detect if the engine is on vehicle yet the rear door sensor (wired to Aux1) was left open for a period of longer than 10 minutes.

The street address or customer name of where the exception happened will be displayed on the final report.

The settings allow easy user configuration of Auxiliary use rules. The report forms the basis of a need for driver training.



Effective and Affordable Fleet Management
GEOTAB GPS TECHNOLOGY AND REPORTING

# GEOTAB REPORTS

Speed Profile Report



Should an accident occur or the GEOTAB exception processor detect harsh braking or speeding incidents, then a Speed Profile Report is a useful tool to view driving habits during the day.

The report is also used together with GEOTAB's 100 minute accident reconstruction data that is stored in a unique memory buffer on board the GEOTAB black box. The buffer stores 100 minutes of second-by-second data and can help in accident forensics.



Effective and Affordable Fleet Management
GEOTAB GPS TECHNOLOGY AND REPORTING

# GEOTAB REPORTS

Vehicle Details Report



The Vehicle Details Report is used to summaries the asset inventory by unit numbers, registration and licensing information, distance summary based on GEOTAB's unique GPS Odometer and includes Preventative Maintenance and Lease Reminders.

This report is most commonly used by the Fleet Management/ Maintenance group within companies.



**Effective and Affordable Fleet Management**
GEOTAB GPS TECHNOLOGY AND REPORTING

## GEOTAB REPORTS

Maintenance, Lease and Licensing Reminders



GEOTAB has built a new Reminders application that prompts a maintenance manager for oil, tire, engine maintenance or inspections.

Reminders that have a specific date (license, permit or lease renewals) are included for fleet management groups.



Effective and Affordable Fleet Management
GEOTAB GPS TECHNOLOGY AND REPORTING

## NEW TECHNOLOGY ADVANCES FROM GEOTAB

An investment in technology comes with the question – when will the product I am buying now become outdated?

GEOTAB addressed this question in our product development lab. GEOTAB vehicle hardware is expandable to cater for the new technology releases that we are currently field testing and that we expect to release to the market in 2004 and 2005.

GEOTAB software is automatically upgraded via the internet to the next version releases of our software. Users of Checkmate version 4.5 discovered that they were automatically upgraded to version 4.6 when they connected to the internet and uploaded the free upgrade.

By selecting GEOTAB as your fleet technology source, you have invested in a long term solution partner.

**Contact us for more information on solutions that meet
your needs or the name of a local GEOTAB partner.**

 Colin Sutherland, Sales Director
Toll Free: 1-800-227-3716
Email:     colins@geotab.com
Web:      www.geotab.com