# EXHIBIT M

**Webpage screenshot of the "Geotab Partner Downloads"**

The Wayback Machine - https://web.archive.org/web/20040619063706/http://www.geotab.com:80/Downloads/in…

Your Fleet GPS Tracking Solution:  Tracking  Recording  Reporting



▶ No Monthly Costs
▶ Auto Download
▶ Single & multi user environment
▶ Supports Multiple Branches

New ! CheckMATE 4.6 released Click here to download the show

**H O M E       P R O D U C T S       P A R T N E R S       C O M P A N Y       D O W N L O A D S       S U P P O R T**

## GEOTAB Partner Downloads

GEOTAB Partners | GEOTAB Partner Downloads

**I M P O R T A N T   L I N K S**

▶ Software
▶ Hardware
▶ Downloader







**Supporting Downloads:**

Get WinZip

Get Adobe Reader

**G E O T A B   D O W N L O A D S**

| Product Support Downloads: | | Size (KB) |
|---|---|---|
| GEOTAB Flash Presentation | | 4,060 |
| GEOTAB CHECKMATE Setup Guide | Updated | 2,492 |
| GEOTAB GEOPORT RF Guide | NEW | 470 |
| GEOTAB CHECKMATE & GO FAQ | Updated | 190 |
| GEOTAB CHECKMATE Reporting Solutions Guide | Updated | 356 |
| GEOTAB CHECKMATE Advanced Settings Guide | Updated | 658 |
| GEOTAB GO Installation Manual | | 248 |
| GEOTAB GO Specifications | | 64 |
| GEOTAB Driver Instructions Sheet | | 292 |

| Free CHECKMATE 4.6 Downloads: | | |
|---|---|---|
| CHECKMATE GEOPORT Key Reader (Standalone only) | NEW | 9,190 |
| CHECKMATE Enhanced Fuel Tax Assistance Report (for 4.6) | NEW | 28,182 |

| Marketing Downloads: |
|---|
| Click on any of the following links for information sheets to help you see the many ways and many different markets that GEOTAB helps assist customers become more knowledgeable and profitable in their fleet operations. |
| GEOTAB Patent Pending High Resolution Trip Recording |
| Automatic wireless download at NO monthly cost |
| Reports by Driver ID or Vehicle ID or Both! |
| GEOTAB installs quickly, doesn't affect the battery |
| GEOTAB saves fuel cost |
| GEOTAB Government Fleets win the anti-idling Fleet Challenge |

| | |
|---|---|
| | GEOTAB first to offer centralized network solution at NO monthly cost! |
| | Insurance Benefits in using GEOTAB |
| | Network or single site support |
| | Maintenance, Lease or Licensing Management |
| | Solutions for Risk Management and Loss Prevention |
| | Fuel Tax Management Solutions (IFTA, IRP Summary) |
| | Fleet Solution: Service Fleets |
| | Fleet Solution: Delivery Fleets |
| | Fleet Solution: Government Fleets |
| | Fleet Solution: Rental and Leasing Companies |
| | Fleet Solution: HAZMAT |
| | Fleet Solution: Highway Truck and Trailer |
| | Fleet Solution: School Bus Operators |
| | Fleet Solution: EMS |
| | Fleet Solution: Public Utilities |

Copyright 2004, GEOTAB / Fast Track Technologies, Inc. All Rights Reserved.
*With GEOTAB - it's not what you spend, it's what you save™.*

home | products | partners | company info | downloads | support | sitemap