# EXHIBIT N

## Webpage screenshot of a Link to Geotab USA's Website in 2004

The Wayback Machine - https://web.archive.org/web/20040605131359/http://www.geotab.com:80/Downloads/G…