# EXHIBIT O

# Invalidity Claim Chart Comparing Exhibit B of the Complaint Alleging Infringement by Current Geotab USA GO Device to Example Analogous Prior Art GO2-RF Materials

| '037 Patent, Claim 1 | Complaint, Exhibit B Materials for Current Geotab USA GO Device | Example Analogous Prior Art GO2-RF Materials |
|---|---|---|
| [1P] A method to wirelessly manage an entity having a transponder, comprising: | <br>Comp., Ex. B at 4. | CHECKMATE User Guide (Ex. J) (Ex. J) at 13, 76.<br><br>GEOTABv46 Presentation (Ex. L) at 2. |

1

| '037 Patent, Claim 1 | Complaint, Exhibit B Materials for Current Geotab USA GO Device | Example Analogous Prior Art GO2-RF Materials |
|---|---|---|
| [1A] loading from a computing device to a transponder's memory a plurality of coordinates; | <br><br>Comp., Ex. B at 5. | |

| '037 Patent, Claim 1 | Complaint, Exhibit B Materials for Current Geotab USA GO Device | Example Analogous Prior Art GO2-RF Materials |
|---|---|---|
| | | **Getting the Trip Data using GEOPORT RF**<br><br>This section explains how to get your data from the GO unit in the vehicle to the software using **GEOPORT RF**, so that you can view the trips on a map and analyze the trip data in reports.<br><br>Follow the steps below, to import your trip data using GEOPORT RF:<br><br>| Step | Comments | |<br>|---|---|---|<br>| Initiate a wireless download from your vehicle | When you return from your trip and turn the ignition off, the RF-enabled GO unit will automatically look for an available GEOPORT RF station. If one is found and that GO unit entry is in the Checkmate database, the GO unit will send all the relevant trip data to the GEOPORT RF station. If it is out of range or the station is currently busy, it will keep retrying until successful (for 30 minutes). GEOPORT RF will import the trip data into an encrypted dump file into the configured folder. | |<br>| Import and process data into Checkmate | Run Checkmate, click the Update button on the main toolbar. In the wizard, leave all settings as default and click NEXT -> FINISH. This will run the processor which imports and processes the trip data. Wait for the status window to disappear, then your data is in the system. You can now view a report or the trips on a map. | |<br><br>CHECKMATE User Guide (Ex. J) at 11, 14, 30.<br><br>**OPTION 1**<br><br>**NEW** WIRELESS DATA TRANSFER WITH GEOTAB **GO RF**<br><br>When the vehicle ignition is switched off, the data transmission process starts.<br><br>1. The vehicle ID is checked in the database to ensure the vehicle is permitted to download at the site<br>2. If authorized to download, a 2-way transceiving download proceeds where the data is sent and verified between vehicle and the receiving base station<br>3. Download range using GEOTAB 900MHz transceiver is up to 1000 ft.<br><br>A final signal from the base station confirms that all data was received<br><br>There is no airtime cost to download using GEOTAB Wireless Data and there is no fleet size restriction in the database.<br><br>GEOTABv46 Presentation (Ex. L) at 15. |

3

| '037 Patent, Claim 1 | Complaint, Exhibit B Materials for Current Geotab USA GO Device | Example Analogous Prior Art GO2-RF Materials |
|---|---|---|
| [1B] programming a microprocessor in the transponder to define a geographical zone by creating an area on a pixilated image using said plurality of coordinates, wherein said area is representative of a geographical zone; and |   Comp., Ex. B at 6. | CHECKMATE User Guide (Ex. J) at 34, 39. |

4

| '037 Patent, Claim 1 | Complaint, Exhibit B Materials for Current Geotab USA GO Device | Example Analogous Prior Art GO2-RF Materials |
|---|---|---|
| | | **GEOTAB GPS DATA**<br><br>A trip in a residential area is shown.<br><br>Green arrows depict direction and path of travel with lines connecting each log record.<br><br>Star shapes depict stops within customer zones.<br><br>Squares are stops at unknown locations.<br><br>Colored circles flag that an exception rule has been broken.<br><br>**GEOTAB ZONE MANAGEMENT**<br><br>GEOTAB allows users to customize 3 types of zones. An Area Zone is shown in red.<br><br>Area zones are for processing driving rules (no speeding in side an area, no driving outside an area).<br><br>Customer zones are for tracking time inside customer zones and for customer visits reporting.<br><br>Office zones are for tracking asset time back at a depot for asset optimization study of time at depot vs. driving vs. customer time.<br><br>GEOTABv46 Presentation (Ex. L) at 19, 25. |

5

| '037 Patent, Claim 1 | Complaint, Exhibit B Materials for Current Geotab USA GO Device | Example Analogous Prior Art GO2-RF Materials |
|---|---|---|
| [1C] sending a command to the transponder to execute a configurable operation upon receiving a command from a control center, the command being associated with a status of the entity in relation to the geographical zone. | <br><br>Comp., Ex. B at 7. | |

6

| '037 Patent, Claim 1 | Complaint, Exhibit B Materials for Current Geotab USA GO Device | Example Analogous Prior Art GO2-RF Materials |
|---|---|---|
| | | **Getting the Trip Data using GEOPORT RF**<br><br>This section explains how to get your data from the GO unit in the vehicle to the software using **GEOPORT RF**, so that you can view the trips on a map and analyze the trip data in reports.<br><br>Follow the steps below, to import your trip data using GEOPORT RF:<br><br>| Step | Comments | |<br>|---|---|---|<br>| Initiate a wireless download from your vehicle | When you return from your trip and turn the ignition off, the RF-enabled GO unit will automatically look for an available GEOPORT RF station. If one is found and that GO unit entry is in the Checkmate database, the GO unit will send all the relevant trip data to the GEOPORT RF station. If it is out of range or the station is currently busy, it will keep retrying until successful (for 30 minutes). GEOPORT RF will import the trip data into an encrypted dump file into the configured folder. | |<br>| Import and process data into Checkmate | Run Checkmate, click the Update button on the main toolbar. In the wizard, leave all settings as default and click **NEXT -> FINISH**. This will run the processor which imports and processes the trip data. Wait for the status window to disappear, then your data is in the system. You can now view a report or the trips on a map. | |<br><br>CHECKMATE User Guide (Ex. J) at 11, 14, 30.<br><br>**OPTION 1**<br><br>**NEW** WIRELESS DATA TRANSFER WITH GEOTAB **GO RF**<br><br>When the vehicle ignition is switched off, the data transmission process starts.<br><br>1. The vehicle ID is checked in the database to ensure the vehicle is permitted to download at the site<br>2. If authorized to download, a 2-way transceiving download proceeds where the data is sent and verified between vehicle and the receiving base station<br>3. Download range using GEOTAB 900MHz transceiver is up to 1000 ft.<br><br>A final signal from the base station confirms that all data was received<br><br>There is no airtime cost to download using GEOTAB Wireless Data and there is no fleet size restriction in the database.<br><br>GEOTABv46 Presentation (Ex. L) at 15. |

7