James J. Pisanelli, Esq., Bar No. 4027
jjp@pisanellibice.com
M. Magali Mercera, Esq., Bar No. 11742
mmm@pisanellibice.com
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101
Telephone: 702.214.2100
Facsimile: 702.214.2101

Michael A. Albert (*pro hac vice* forthcoming)
Hunter D. Keeton (*pro hac vice* forthcoming)
Susmita A. Gadre (*pro hac vice* forthcoming)
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02210
Telephone: 617.646.8000
Facsimile: 617.646.8646
malbert@wolfgreenfield.com
hkeeton@wolfgreenfield.com
sgadre@wolfgreenfield.com

*Attorneys for Defendant Geotab USA, Inc.*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| WirelessWerx IP, LLC, <br><br> Plaintiff <br><br> v. <br><br> Geotab USA, INC., <br><br> Defendant | Case No.: 2:23-cv-01769-CDS-DJA <br><br> **ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO DISMISS** <br><br> [ECF No. 36] |

Having considered this unopposed motion for extension for plaintiff to respond to defendant's Rule 12(b)(6) motion to dismiss for failure to state a claim (ECF No. 34) in this matter, and that defendant does not oppose the extension of time, IT IS ORDERED that the plaintiff's motion for extension of time **[ECF No. 36] is GRANTED**. The deadline for plaintiff to respond to the motion to dismiss is extended up to and including December 11, 2023.

Dated: December 1, 2023

_____
United States District Judge