# EXHIBIT B

**Webpage screenshot of the
"Geotab GO Vehicle Tracking Device"**



# Geotab GO vehicle tracking device

Lead your fleet into the future with our next generation of innovative real-time vehicle tracking devices with an advanced tracking system.

**Schedule a demo**

**View brochure**

## Our most powerful fleet vehicle tracking device

Geotab's most powerful vehicle tracking device ever: the GO9 and GO9+. We redesigned our GO platform from the ground up, equipping it with a 32-bit processor, more RAM and a gyroscope. The GO9 also features an expanded capacity to support improved fuel usage, electric vehicles and global fleet expansion.

## Advanced GO9 model options

Along with our standard GO9 device, we offer two additional GO9 models: the GO9 RUGGED and GO9+.

### GO9+: Advanced vehicle tracking featuring on-board Wi-Fi hotspot

Get all the advanced vehicle tracking features of GO9 and a Wi-Fi hotspot with GO9+. Stay connected to high-speed internet that doesn't drain your data. The compact GO9+ provides everything you need for your office on wheels to improve efficiency, decrease costs and stay productive and safe. The GO9+ is ideal for ridesharing, small businesses, heavy-truck fleets and corporate vehicles. See product features ↗ .

View brochure

## Simple vehicle tracking device installation

Geotab GO9 is a compact vehicle tracking device that plugs directly into your vehicle's onboard diagnostics (OBD) II port. No additional antennas or wire-splicing is necessary. The GO9 installation process is quick, easy and doesn't require special tools.

View installation sheet

Learn more about OBD II

## Industry-leading secure communication

We work with industry associations, universities, and authorities to advance cybersecurity in the telematics industry. We incorporate the best of what they learn and validate their implementation through rigorous third-party penetration testing. We then share these proven best practices throughout our industry. Device security features are implemented using a FIPS 140-2 validated cryptographic module. Certificate #3371

- End-to-end security using authentication
- Encryption
- Message integrity verification
- Individualized devices with unique ID
- Non-static security keys
- Digitally-signed firmware
- Independent third-party expert validation

## Geotab GO Resources

Vehicle tracking helps you control fleet efficiency, costs, safety and compliance via a vehicle tracking device. Expand your knowledge of fleet vehicle tracking devices and systems, as well as how real-time tracking works.

Case study

**California Freight: Using telematics to cut idling costs by 59%**

October 27, 2023

Case study

**Centerline Communications: Managing unprecedented fleet expansion with telematics**

October 27, 2023

Blog

**How data can help mitigate nuclear verdict**

June 6, 2023

View all

## Keep your business moving forward

Our device failure rate is less than 1% — far below the industry average — so you can keep getting the insights that help create efficiency. Get rich, accurate data on location, vehicle health, driving behavior and much more in near real-time.

## IOX expansion: powerful Add-Ons to future-proof your fleet

The Geotab online fleet management platform can be extended even further, at any time, to provide added flexibility and integration with third-party providers. Choose any Add-Ons that suit your needs, such as satellite tracking, driver ID, hours of service (HOS), temperature tracking, camera systems, and more.

## Geotab Hardware solutions from Geotab Marketplace



**Geotab GO**
Geotab Inc.
Expandable GPS vehicle tracking device with expanded capabilities

**IOX-GOTALK**
Geotab Inc.
Live In-Vehicle Verbal Feedback

**IOX-NFCR**
Geotab Inc.
Driver ID with

## Commonly asked questions

**What is the Geotab GO Device?** +

**What are the benefits of choosing Geotab's vehicle tracking systems?** +

**Does the Geotab GO Device allow for real-time tracking and monitoring of vehicles?** +

**How can the Geotab GO Device save my business money?** +

**Is the Geotab GO device a telematics device?** +

**What does the Geotab fleet vehicle tracking device look like?** +

**What kind of vehicles are Geotab's GO device able to track?** +

**How do you install the Geotab GO Device in your vehicle?** +

**What are the benefits of GPS tracking?** +

**What are the main features of the Geotab GO device?** +

## Ready to optimize your fleet?

Let us show you how simple it is to use our web-based software and fleet tracking devices to manage your fleet.

**Schedule a demo**

**Visit the blog**

GEOTAB.

## Products

Geotab GO device — Vehicle tracking device

MyGeotab — Fleet management software

Marketplace

Data and Analytics

Partners

## Government and Smart City

Government fleets

Smart City solutions

## Fleet management solutions

Driver tracking

Fleet reporting

Routing and dispatching

Asset tracking

Fleet fuel management

Fleet maintenance

Fleet benchmarking

Driver safety reporting

Driver coaching

ELD Solutions

Driver Vehicle Inspection Report (DVIR)

IFTA Reporting

Software integration

Hardware integration

EV Suitability Assessment

Electric vehicle fleets

Commercial fleet insurance

## Resources

Blog

White papers

Success stories

Training

## Support

FAQ

Product guide

Support documentation

Installation documentation

Community

## Our company

About

Press room

Careers

Leadership

Social responsibility

Security

Accessibility

MyAdmin

Contact us

Code of conduct

🌐 Change language: WorldWide (English) 🌎

Privacy Policy  |  Cookies  |  Sitemap  |  MySubscriptions  |  MyAdmin↗  |  End User Agreement↗  |  Modern Slavery Statement  |

Terms of Use

Copyright 2023. Geotab Inc. and/or its affiliates. All Rights Reserved