# EXHIBIT I

**ECF No. 26 filed in *WirelessWerx IP LLC v. Raytheon Techs. Corp.*, No. 22-01059 (W.D. Texas) on June 6, 2023**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| **WIRELESSWERX IP LLC,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. WA-22-CV-1059-KC** |
| | § | |
| **RAYTHEON TECHNOLOGIES CORPORATION,** | § | |
| | § | |
| | § | |
| **Defendant.** | § | |

**ORDER**

On this day, the Court considered Plaintiff's Notice of Voluntary Dismissal, ECF No. 25, filed on June 5, 2023. In accordance with Rule 41(a) of the Federal Rules of Civil Procedure and the terms of the Notice of Voluntary Dismissal, the Court **ORDERS** that all of Plaintiff's claims in this case are **DISMISSED** with prejudice.

**IT IS FURTHER ORDERED** that Defendant's Motion to Dismiss, ECF No. 13, is **DENIED** as moot.

**IT IS FURTHER ORDERED** that all parties shall pay their own costs and fees.

The Clerk shall close the case.

**SO ORDERED**.

**SIGNED this 6th day of June, 2023.**

Kathleen Cardone

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE